# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| **DARRICK C. SCHREINER**, <br><br>   Plaintiff, <br><br>   vs. <br><br>**WILD FLAVORS, INC. a/k/a ADM WILD FLAVORS**, <br><br>   Defendant. | No. 2:21-cv-00025-DLB-EBA |

## NOTICE OF VIRTUAL DEPOSITION OF PLAINTIFF DARRICK C. SCHREINER

Defendant Wild Flavors, Inc. a/k/a ADM Wild Flavors ("Defendant") hereby gives notice that it will take the deposition of **Plaintiff Darrick C. Schreiner** pursuant to the Federal Rules of Civil Procedure, for purposes of discovery, motion, perpetuation of testimony at trial, and any other purpose permitted.  Said deposition will be conducted virtually on **Tuesday, November 16, 2021**, commencing at **10:00 a.m. Eastern**, and continuing thereafter until completed, before an officer authorized to administer the oath to the deponent.

NOTICE IS FURTHER GIVEN that we reserve the right to conduct this deposition utilizing the secure web-based deposition option afforded by the Court Reporting Service being utilized or in the alternative video teleconferencing (VTC) services or telephonically to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that we reserve the right to record the deposition either by stenographic means by a court reporter certified to record

depositions or a digital reporter utilizing state-of-the-art digital recording equipment. Both the court reporter and digital reporter are authorized to administer the oath and serve as the deposition officer in the State of Kentucky. Take note that the deposition officer may also be remote and out of the presence of the deponent via one of the options above for the purposes of providing the oath/affirmation to the deponent and capturing the proceeding. We further reserve the right to utilize the following: (1) Record the deposition utilizing audio or video technology; (2) Instant visual display such that the reporter's writing of the proceeding will be available to all who are a party to this proceeding to request and receive it in realtime; (3) Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually; and (4) To conduct this deposition utilizing a paperless exhibit display process called Exhibit Share or a similar paperless virtual display platform. The parties are advised that in lieu of a paper set of exhibits they may be provided and displayed digitally to the deposition officer, deponent, parties and counsel. The exhibits will be compiled by the deposition officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.

      Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise of the deponent's physical location during the deposition as well as that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, firm name, email address, services, testing and information, if necessary, can be arranged and provided to you prior to the proceeding(s).

      This 9th day of November, 2021.

*/s/ John Michael Carter*
Jay Inman
jinman@littler.com
John Michael Carter
JMCarter@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.201.1250
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing has been filed via the electronic filing system on November 9, 2021.  Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.  Additionally, a copy was sent to the following via email on the date of filing:

Robert L. Thompson – Robert@RthompsonLegal.com
Luke Manser – Luke@RthompsonLegal.com

*/s/ John Michael Carter*
*Counsel for Defendant*
